CORPORATION SERVICE COMPANY
272590
AFFIDAVIT OF SERVICE

STATE OF NEW YORK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                INDEX #07 CIV. 8790
-------------------------------------------------------------

SUPPA, JAMIE L,            PLAINTIFF

        VS.

KIA MOTOR CORPORATION, ET AL,            DEFENDANT


-------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY                 ss:


Minard Carkner being duly sworn, deposes and says that he is
over the age of eighteen (18) years; That on the fifteenth
day of October, 2007 at 2:29 pm he served the annexed Summons,
Complaint And Civil Cover Sheet Index #07 CIV. 8790, filed
10/12/2007, endorsed thereto on KIA MOTOR CORPORATION
the defendant in this action, by delivering to and leaving with
Carol Vogt an employee of the Office of the Secretary of
the State of New York in the City of Albany, New York, two
(2) copies thereof, and at the time of making said service,
deponent paid the said Secretary of State of New York a fee of
$40.00.  That said service was made pursuant to Section 307
of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

                                        _____
                                        Minard Carkner

Sworn to before me this
seventeenth day of October, 2007.

_____
Johanna Burkhartt, Notary Public
nv

State of New York - Department of State
Receipt for Service

Receipt #:  200710160037
Date of Service:  10/15/2007
Service Company:  45 CORPORATION SERVICE COMPANY - 45

Cash #: 200710160037
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to:  SECTION 307 OF THE BUSINESS
   CORPORATION LAW

Party Served:  KIA MOTOR CORPORATION


Plaintiff/Petitioner:
         SUPPA, JAMIE L



Service of Process Address:


/

                                               Secretary of State
                                               By   CAROL VOGT