CORPORATION SERVICE COMPANY
272590
AFFIDAVIT OF SERVICE

STATE OF NEW YORK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          INDEX #07 CIV. 8790
------------------------------------------------------------

SUPPA, JAMIE L,          PLAINTIFF

       VS.

KIA MOTOR CORPORATION, ET AL,          DEFENDANT

------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:


Minard Carkner being duly sworn, deposes and says that he is over the age of eighteen (18) years; That on the fifteenth day of October, 2007 at 2:29 pm he served the annexed Summons, Complaint And Civil Cover Sheet Index #07 CIV. 8790, filed 10/12/07, endorsed thereto on KIA MOTORS AMERICA, INC. the defendant in this action, by delivering to and leaving with Carol Vogt an employee of the Office of the Secretary of the State of New York in the City of Albany, New York, two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that he knew the person so served as aforesaid in the Office of the Secretary of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____
Minard Carkner

Sworn to before me this
seventeenth day of October, 2007.

_____
Johanna Burkhartt, Notary Public
khv

JOHANNA A. BURKHARTT
NOTARY
ID# 01BU6150209
Commission Expires
July 24, 2010
ALBANY COUNTY, NEW YORK
PUBLIC