UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMIE L. SUPPA,

                Plaintiff'

vs.

KIA MOTORS AMERICA, INC

                Defendant.

---

Civil Action No. 07 CV 8790 ~~03 CV 8327~~

STIPULATION EXTINDING DEFENDANT'S TIME TO ANSWER

TO:   United States District Court
        Southern District of New York

IT IS HEREBY STIPULATED AND AGREED as and between the undersigned parties that the defendant, KIA MOTORS AMERICA, INC, in the above-captioned matter shall have up to and including December 14, 2007 to answer, move or otherwise appear regarding the Complaint of Plaintiff, JAMIE L. SUPPA, Defendant, KIA MOTORS AMERICA, INC.

It is further stipulated and agreed that a facsimile copy of this stipulation may be filed with the Clerk of the Court as if it was an original.

Dated: White Plains, New York

        November 8, 2007

_____
Mitchell J. Baker
BAKER, LESHKO, SALINE &
BLOSSER, LLP
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500
**Attorneys for Plaintiff**
JAMIE L. SUPPA

_____
Frank J. Ciano
GOLDBERG SEGALLA LLP
170 Hamilton Avenues, Suite 203
White Plains, New York 10601
(914) 798-5410
**Attorneys for Defendant**
KIA MOTORS AMERICA, INC