UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE L. SUPPA,

           Plaintiff'

vs.

KIA MOTORS AMERICA, INC

           Defendant.

Civil Action No.07 CV ~~3327~~ (SCR)

**STIPULATION EXTINDING DEFENDANT'S TIME TO ANSWER**

TO:  United States District Court
       Southern District of New York

IT IS HEREBY STIPULATED AND AGREED as and between the undersigned parties that the defendant, KIA MOTORS AMERICA, INC, in the above-captioned matter shall have up to and including December 14, 2007 to answer, move or otherwise appear regarding the Complaint of Plaintiff, JAMIE L. SUPPA. Defendant, KIA MOTORS AMERICA, INC,

It is further stipulated and agreed that a facsimile copy of this stipulation may be filed with the Clerk of the Court as if it was an original.

Dated: White Plains, New York

November 8, 2007



USDC SDNY DOCUMENT ELECTRONICALLY FILED

| | |
|---|---|
| _____<br>Mitchell J. Baker<br>BAKER, LESHKO, SALINE &<br>BLOSSER, LLP<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-9500<br>**Attorneys for Plaintiff**<br>JAMIE L. SUPPA | _____<br>Frank J. Ciano.<br>GOLDBERG SEGALLA LLP<br>170 Hamilton Avenues, Suite 203<br>White Plains, New York 10601<br>(914) 798-5410<br>Attorneys for Defendant<br>KIA MOTORS AMERICA, INC |

SO ORDERED.

_Stephen C Robinson_
U.S.D.J.

dated December 3, 2007