UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMIE L. SUPPA, :

                   Plaintiff, : **07 CIV. 8790**

-against- : **RULE 7.1 STATEMENT**

KIA MOTOR CORPORATION and :
KIA MOTORS AMERICA, INC.,
                    : **HON. STEPHEN C. ROBINSON**
               Defendants.
------------------------------------------------------------x

       Defendant, KIA MOTORS AMERICA, INC., by and through its attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following:

       KIA MOTORS AMERICA, INC., is a Wholly-Owned subsidiary of KIA MOTOR CORPORATION, which is publicly traded on the Korean Stock Exchange.

Dated: White Plains, NY
          December 14, 2007

                                              Respectfully submitted,

                                              /S/
                                      Frank J. Ciano, Esq. (FJC-4981)
                                      Robert Varga, Esq. (RV-0636)
                                      GOLDBERG SEGALLA LLP
                                      **Attorneys for Defendant**
                                      **KIA MOTORS AMERICA, INC.**
                                      170 Hamilton Avenue
                                      Suite 203
                                      White Plains, New York 10601
                                      (914) 798-5400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **RULE 7.1 STATEMENT** was served via the Court's ECF system on this 14th day of December, 2007, upon:

Mitchell J. Baker, Esq. (MB-4339)
BAKER, SALINE & BLOSSER, LLP
**Attorneys for Plaintiff**
One North Lexington Avenue
White Plains, New York 10601
(914) 681-9500

/S/
Frank J. Ciano, Esq. (FJC-4981)

95175.1