UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMIE L. SUPPA,

        Plaintiff,

-against-

KIA MOTOR CORPORATION and
KIA MOTORS AMERICA, INC.,

        Defendants.
-------------------------------------------------------------x

07 CIV. 8790

**AMENDED RULE 7.1 STATEMENT**

HON. STEPHEN C. ROBINSON

Defendant, KIA MOTORS AMERICA, INC., by and through its attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following amended information:

KIA MOTORS AMERICA, INC., is a Wholly-Owned subsidiary of KIA MOTOR CORPORATION, which is a publicly traded company in Korea.

Dated: White Plains, NY
       December 18, 2007

Respectfully submitted,

_____
Frank J. Ciano, Esq. (FC-4981)
Robert Varga, Esq. (RV-0636)
GOLDBERG SEGALLA LLP
**Attorneys for Defendant**
**KIA MOTORS AMERICA, INC.**
170 Hamilton Avenue
Suite 203
White Plains, New York 10601
(914) 798-5400

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AMENDED RULE 7.1 STATEMENT** was served via the Court's ECF system on this 18th day of December, 2007, upon:

>Mitchell J. Baker, Esq. (MB-4339)
>BAKER, SALINE & BLOSSER, LLP
>**Attorneys for Plaintiff**
>One North Lexington Avenue
>White Plains, New York 10601
>(914) 681-9500

_____
Frank J. Ciano, Esq. (FC-4981)

95567.1