UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JAMIE L. SUPPA,

          Plaintiff,

-against-

KIA MOTOR CORPORATION and
KIA MOTORS AMERICA, INC.,

          Defendants.
_____

07 CIV. 8790 (SCR)

CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER

HON. STEPHEN C. ROBINSON

    The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rule 26(f) and 16 of the Federal Rules of Civil Procedure. (Note: all proposed dates should be for weekdays only).

    The case is to be tried to a jury.

    Joinder of additional parties must be accomplished by **June 25, 2008.**

    Amended pleadings may be filed until **June 25, 2008.**

**Discovery:**

    1.    Interrogatories are to be served by all counsel no later than **March 28, 2008**, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

    2.    First request for production of documents, if any, to be served no later than **March 28, 2008.**

    3.    Depositions (*except expert depositions*) to be completed by **June 6, 2008.**

        a.    Unless counsel agrees otherwise or the Court so orders, depositions are to be held until all parties have responded to any first requests for production of documents.
        b.    Depositions shall be proceed concurrently.
        c.    Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

    4.    Any further interrogatories, including expert interrogatories, to be served no later than **June 30, 2008.**

    5.    Request to Admit, if any to be serve no later than **July 31, 2008.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: _____

      6.    Additional provisions relating to discovery agreed upon by counsel for the parties are listed as follows:

      a.    Plaintiff's expert disclosure along with the expert's report is due on **May 16, 2008.**

      b.    Defendant's expert disclosure along with the expert's report is due on **June 16, 2008.**

      c.    Expert depositions must be completed by **July 31, 2008.**

      d.    Supplemental expert reports, if any, must be exchanged no later than **August 15, 2008.**

      7.    All discovery is to be complete by **September 15, 2008.**

Initial Case Management Conference on **March 21, 2008 at 10:00 a.m.**
**(To Be Completed by Court) (Counsel in receipt of this scheduling order is to notify their adversary of the date and time of this Initial Case Management Conference).**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. Mark D. Fox, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. §636(c) if counsel executed their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict Compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

White Plains, New York          SO ORDERED

Dated: *March 14, 2008*

                                        STEPHEN C. ROBINSON, U.S.D.J.